Travis N. Barrick, SBN 9257
GALLIAN WELKER
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Tracy Vickers*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY VICKERS,<br><br>  Plaintiff,<br><br> v.<br><br>HENRY GODECKI, et al.,<br><br>  Defendants. | Case No.:  2:20-CV-1401-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PERSONAL SERVICE ON DEFENDANT GODECKI** |

Plaintiff, Tracy Vickers ("Mr. Vickers"), through his attorney of record, Travis N. Barrick, Esq., ("Mr. Barrick") of the law firm GALLIAN WELKER & BECKSTROM, LC, and Defendants, through their attorney, Katlyn M. Brady, Esq. ("Ms. Brady") of the OFFICE OF ATTORNEY GENERAL, pursuant to FRCP 4(m), hereby stipulate to extend the time for personal service on Defendant Henry Godecki, for an additional 60 days, for the reasons set forth below.

  I.  Background Facts.

On 7/28/20, Mr. Vickers filed his Complaint (ECF No. 1) and obtained the Summons to be served (ECF No. 3). That same day, Mr. Barrick emailed the Complaint, Summons and Waivers to Chief Deputy, G. Randall Gilmer, requesting for identification of those Defendants for whom service would be expected.

On 8/20/20, Ms. Brady responded to Mr. Barrick's email, informing him that they were working on obtaining representation letters from the Defendants and would provide the Waivers as soon as practical.

On 10/21/20, Mr. Gilmer responded to Mr. Barrick's inquiry regarding the Waivers and directed Mr. Barrick to Ms. Brady.

On 10/22/20, Ms. Brady informed Mr. Barrick that their office would be providing Waivers for all Defendants, except Mr. Godecki. Mr. Barrick requested that Ms. Brady provide the last known address for Mr. Godecki when the Waivers were provided.

The deadline for service on all Defendants is 10/26/20 and this Stipulation has been provided prior to the expiration of the deadline.

The parties, in good faith, have cooperated in accomplishing service on all Defendants and the difficulties of serving Mr. Godecki should be overcome with an additional 60 days.

| DATED this 26th day of October, 2020. | DATED this 26th day of October, 2020. |
|---|---|
| By: /s/ Travis N. Barrick<br>Travis N. Barrick, SBN 9257<br>GALLIAN WELKER<br>& BECKSTROM, LC<br>540 E. St. Louis Avenue<br>Las Vegas, NV 89104<br>*Attorneys for Plaintiff Tracy Vickers* | By: /s/ Katlyn M. Brady<br>Katlyn M. Brady, SBN 14173<br>Deputy Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>555 E. Washington Avenue, #3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2020