AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants
Henry Godecki, Pamela Del Porto, Harold Wickham,
Charles Daniels, Tara Carpenter,
Romeo Aranas, and Renee Baker*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY WAYNE VICKERS,<br><br>Plaintiff,<br><br>v.<br><br>HENRY GODECKI, *et al.,*<br><br>Defendants. | Case No. 2:20-cv-01401-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT (ECF. NO. 1)** |

Defendants, Henry Godecki, Pamela Del Porto, Harold Wickham, Charles Daniels, Tara Carpenter, Romeo Aranas, and Renee Baker, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff Tracy Vickers, by and through counsel Travis Barrick, stipulate to extend Defendants' deadline to answer the Complaint to December 29, 2020.

///

///

///

On October 28, 2020, Defendants Del Porto, Wickham, Daniels, Carpenter, Aranas, and Baker waived service in this matter and the deadline to file an answer or responsive pleading was set for December 21, 2020. ECF No. 10.[1]

Due to technical difficulties at the Nevada Office of the Attorney General, defense counsel was unable to complete the responsive pleading by December 21, 2020. Accordingly, the parties stipulate to extend Defendants' deadline to file an answer or responsive pleading from **December 21, 2020,** to **December 29, 2020**.

DATED this 21st day of December, 2020

By: /s/ *Travis Barrick*
TRAVIS BARRICK, Esq.
Bar No. 9257
Gallian Welker & Beckstrom
540 E. St. Louis Ave
Las Vegas, NV 89104
*Attorney for Tracy Vickers*

DATED this 21st day of December, 2020

By: /s/ *Katlyn M. Brady*
KATLYN M. BRADY, Esq.
Bar No. 14173
Office of the Attorney General
Grant Sawyer Bldg.
555 E. Washington Ave. Suite 3900
Las Vegas, NV 89101
*Attorney for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____ December 22, 2020 _____

---

[1] Following service, Defendant Godecki requested representation from the Nevada Attorney General's Office.