1  AARON D. FORD
   Attorney General
2  KATLYN M. BRADY (Bar No. 14173)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-0661 (phone)
   (702) 486-3773 (fax)
6  Email: katlynbrady@ag.nv.gov

7  *Attorneys for Defendants*
   *Henry Godecki, Pamela Del Porto, Harold Wickham,*
8  *Charles Daniels, Tara Carpenter,*
   *Romeo Aranas, and Renee Baker*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY WAYNE VICKERS,<br><br>          Plaintiff,<br><br> v.<br><br>HENRY GODECKI, *et al.*,<br><br>          Defendants. | Case No. 2:20-cv-01401-GMN-NJK<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION (ECF NO. 15)** |

   Defendants, Pamela Del Porto, Harold Wickham, Charles Daniels, Tara Carpenter, Romeo Aranas, Henry Godecki, and Renee Baker, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff Tracy Vickers, by and through counsel Travis Barrick, stipulate to extend Defendants' deadline to reply to Plaintiff's opposition to **February 2, 2021.**

/ / /

/ / /

/ / /

/ / /

/ / /

Good cause exists for the extension. Counsel for Defendants has been unable to complete the reply because counsel has a motion for summary judgment due in another case on January 19, 2021, and a second motion for summary judgment due on January 21, 2021. Counsel then has two motions for summary judgment due January 25, 2021.

DATED this 19th day of January, 2021

By: /s/ *Travis Barrick*
    Travis Barrick, Esq.
    Bar No. 9257
    Gallian Welker & Beckstrom
    540 E. St. Louis Ave
    Las Vegas, NV 89104
    *Attorney for Tracy Vickers*

DATED this 19th day of January, 2021

By: /s/ *Katlyn M. Brady*
    Katlyn M. Brady, Esq.
    Bar No. 14173
    Office of the Attorney General
    Grant Sawyer Bldg.
    555 E. Washington Ave. Suite 3900
    Las Vegas, NV 89101
    *Attorney for Defendants*

**IT IS SO ORDERED.**

Dated this 20 day of January, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court