# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRACY WAYNE VICKERS,

    Plaintiff,

v.

HENRY GODECKI, et al.,

    Defendants.

Case No.: 2:20-cv-01401-GMN-NJK

**ORDER**

    To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than February 23, 2021.

    IT IS SO ORDERED.

    Dated: February 16, 2021

                                        Nancy J. Koppe
                                        United States Magistrate Judge