UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACY WAYNE VICKERS,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY GODECKI, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01401-GMN-NJK<br><br>**ORDER** |

The Court previously stayed discovery in this case pending resolution of Defendant's motion to dismiss. Docket No. 28; *see also* Docket No. 14 (motion to dismiss). The Court instructed the parties that "[i]n the event resolution of the pending motion to dismiss, Docket No. 14, results in this case remaining open, the parties must submit a joint proposed discovery plan no later than 14 days after the issuance of the order resolving the motion to dismiss." Docket No. 28 at 4. The Court resolved Defendant's motion to dismiss on September 30, 2021. Docket No. 29. The parties, however, have failed to file an amended joint proposed discovery plan. *See* Docket.

Accordingly, the parties are **ORDERED** to file an amended joint proposed discovery plan no later than May 4, 2023.

IT IS SO ORDERED.

Dated: April 20, 2023

                                                                                          Nancy J. Koppe
                                                                                          United States Magistrate Judge