AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker, Tara Carpenter,*
*Barbara Cegavske, Charles Daniels,*
*Pamela Del Porto, Aaron Ford,*
*Henry Godecki, Stephen Sisolak,*
*and Harold Wickham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY WAYNE VICKERS, | Case No. 2:20-cv-01401-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| HENRY GODECKI, *et al.,* | |
| Defendants. | |

Plaintiff Tracy Wayne Vickers, by and through counsel, Travis N. Barrick, and Defendants Renee Baker, Tara Carpenter, Barbara Cegavske,[1] Charles Daniels,[2] Pamela Del Porto, Aaron Ford, Henry Godecki, Stephen Sisolak,[3] and Harold Wickham, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby ///

---

[1] Francisco V. Aguilar has replaced Barbara Cegavske as Secretary of State for Nevada.

[2] James Dzurenda has replaced Charles Daniels as Director of the Nevada Department of Corrections.

[3] Joe Lombardo has replaced Stephen Sisolak as Governor of the State of Nevada.

1    stipulate that the above-captioned action should be dismissed with prejudice by order of

2    this Court, with each party to bear their own costs.

3        DATED this 28h day of December, 2023.

4

5                           AARON D. FORD
                             Attorney General

6

7 By: /s/ Travis N. Barrick           By: /s/ Leo T. Hendges
TRAVIS N. BARRICK (Bar No. 9257)      LEO T. HENDGES (Bar No. 16034)
GALLIAN WELKER & ASSOCIATES, L.C.     *Senior Deputy Attorney General*

8 *Attorneys for Plaintiff*              *Attorneys for Defendants*

9

10                       **ORDER**

11        IT IS HEREBY ORDERED that the above captioned lawsuit is dismissed

12 with prejudice.

13        IT IS FURTHER ORDERED that the Motion for Summary Judgment, ECF No. 42,

14 is DENIED as moot.

15

16

17

18

19                      **IT IS SO ORDERED.**

20

21                     **UNITED STATES DISTRICT JUDGE**

22                    DATED:    December 29, 2023

23

24

25

26

27

28